UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WINTHROP RESOURCES CORPORATION,

Plaintiff,

v.

KPC GLOBAL CARE, INC. and
CAREMARK INTERNATIONAL, INC.,

Defendants.

CIVIL NO. 00-2644 (RHK)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 18, 2001

JOHN M. MASON
United States Magistrate Judge

JAN 19 2001
Filed ______________
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-2644 RHK/JGL

Use this case number for all further filings.