UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

v.

KPC Global Care, Inc., a California
Corporation and Caremark International, Inc.
a Delaware corporation,

Defendants.

Civil File No. 00-2644 RHK/JMM

STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff Winthrop Resources Corporation and Defendant KPC Global Care, Inc., hereby stipulate that Defendant KPC Global Care, Inc., may have until January 26, 2001, to answer, move or otherwise plead in response to the Complaint in this matter.

Dated: January 18th, 2001

WINTHROP & WEINSTINE, P.A.

By: [signature]
Matthew R. McBride (#261981)
3200 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, MN 55101
Telephone: (651) 290-8400

Attorney for Plaintiff
Winthrop Resources Corporation

JAN 19 2001
CLERK

Dated: January ___, 2001

DORSEY & WHITNEY LLP

By: ______________________

Steven K. Champlin (#16044)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorney for Defendant
KPC Global Care, Inc.

**ORDER**

IT IS HEREBY ORDERED that Defendant KPC Global Care, Inc., may have until January 26, 2001, to answer, move or otherwise plead in response to the Complaint in this matter.

Dated: 1/19, 2001

______________________
John M. Mason
Magistrate Judge
United States District Court