UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

-vs-

KPC Global Care, Inc., a California Corporation and Caremark International, Inc. a Delaware corporation,

Defendants.

Civil File No. 00-2644 RHK/~~JMM~~ JGL

---

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

---

Plaintiff Winthrop Resources Corporation and Defendant KPC Global Care, Inc., hereby stipulate that Defendant KPC Global Care, Inc., may have until February 1, 2001, to answer, move or otherwise plead in response to the Complaint in this matter.

Dated: January 26th, 2001

WINTHROP & WEINSTINE, P.A.

By [signature]
Matthew R. McBride (#261981)
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
Telephone: 651-290-8400

Attorney for Plaintiff Winthrop Resources Corporation

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Dated: January 26, 2001

HENSON & EFRON, P.A.

By ______________________
Joseph T. Dixon, Jr. (23139)
Scott A. Neilson (239951)
400 Second Avenue South
Suite 1200
Minneapolis, MN 55401
Telephone: 612-339-2500

Attorney for Defendant KPC Global Care, Inc.

**ORDER**

IT IS HEREBY ORDERED that Defendant KPC Global Care, Inc., may have until February 1, 2001, to answer, move or otherwise plead in response to the Complaint in this matter.

Dated: Jan. 29, 2001

______________________
Jonathan G. Lebedoff
Magistrate Judge
United States District Court

151156.WPD