UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winthrop Resources Corporation,
a Minnesota corporation,

Plaintiff,

-vs-

KPC Global Care, Inc., a California
corporation and Caremark International,
Inc., a Delaware corporation,

Defendants.

No.: 00-2644 RHK/JGL

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF ALL CROSS-CLAIMS**

**IT IS HEREBY STIPULATED AND AGREED,** by and between defendants KPC Global Care, Inc. and Caremark International, Inc., acting through their respective undersigned counsel, that their respective cross-claims in the above-captioned action, may be, and hereby are, dismissed without prejudice and without costs to any party.

HENSON & EFRON, P.A.

Dated: February 26, 2001

By: [signature]
Joseph T. Dixon, Jr., 23139
Scott A. Neilson, 239951
400 Second Avenue South, Suite 1200
Minneapolis, MN 55401
(612) 339-2500

Attorneys for Defendant KPC Global Care, Inc.

FILED MAR - 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: 2/23, 2001

By: ______________________
Kevin P. Hickey, 202484
Christopher R. Morris, 230613
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

Attorneys for Defendant Caremark International, Inc.

**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ALL CROSS-CLAIMS**

Pursuant to the foregoing Stipulation of the parties, all cross-claims between defendants KPC Global Care, Inc. and Caremark International, Inc. in the above-captioned matter, may be, and hereby are dismissed without prejudice and without costs to any party.

BY THE COURT:

Dated: 3/7, 2001

______________________
Richard H. Kyle
Judge of United States District Court

152949.WPD