UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Winthrop Resources Corporation, a Minnesota corporation, Plaintiff, vs. KPC Global Care, Inc., a California corporation and Caremark International, Inc., a Delaware corporation, Defendants. | No.: 00-2644 RHK/JGL **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER (Winthrop Resources Corporation's Claims Against KPC Global Care, Inc. ONLY)** |

Winthrop Resources Corporation and KPC Global Care, Inc., through their undersigned counsel, hereby stipulate and agree that Winthrop Resources Corporation's claims against KPC Global Care, Inc. in the above-captioned matter, should be dismissed without prejudice and without further costs to either party.

Dated: 3/13, 2001

WINTHROP & WEINSTINE, P.A.

By: [signature]
Robert R. Weinstine, #11543
Therese M. Marso, #224084
Matthew R. McBride, $261981

3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Plaintiff

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: February 23, 2001

HENSON & EFRON, P.A.

By: ______________________
Joseph T. Dixon, Jr., #23139
Scott A. Neilson, #239951

1200 Title Insurance Building
400 Second Avenue South
Minneapolis, MN 55401
(612) 339-2500

Attorneys for Defendant KPC Global Care, Inc.

**ORDER**

The above Stipulation is hereby approved, and Winthrop Resources Corporation's claims against KPC Global Care, Inc. in the above-captioned matter are hereby dismissed without prejudice and without costs to either party.

Dated this 16 day of March, 2001.

Richard H. Kyle
United States District Court Judge

idmsstp:615745_1